No. 66925.—J. Einstein, Inc. v. United States, protests 59/32538, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of knit nylon fabrics similar in all material respects to those the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 66926.—Kaiser Reismann Corp. v. United States, protest 58/19951 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of fishing lines the same in all material respects as those the subject of *J. M. P. R. Trading Corp. et al.* v. *United States* (43 C.C.P.A. 1, C.A.D. 600) and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 66927.—J. J. Boll v. United States, protest 322398–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of perlon yarn similar in use to thrown silk not more advanced than singles, tram, or organzine and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.